

**MICHAEL A. CARDOZO**
*Corporation Counsel*

T HE C ITY OF N EW Y ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SUMIT SUD**
*Assistant Corporation Counsel*
(212) 788-1096
fax: (212) 788-9776
ssud@law.nyc.gov

December 8, 2011

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

Re: DeShaun Jordan et al. v. City of New York, et al.
11-CV-2637 (BMC)

Your Honor:

Defendants write to respectfully inform the Court that the above referenced matter has settled for $27,500.00, inclusive of fees and costs. Defendants have forwarded to plaintiffs' counsel, Michael Lumer, Esq. a Stipulation of Settlement and Order of Dismissal. Upon plaintiffs execution thereof, defendants will promptly file the stipulation with the Court.

The parties thank the Court for its consideration herein.

Respectfully submitted,

/s/

Sumit Sud
Senior  Counsel


cc: BY ECF
Michael Lumer
26 Court Street, Suite 1005
Brooklyn, New York 11201
Mlumer@reibmanweiner.com